# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2014

149380

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 149380
COA: 309481
Jackson CC: 10-005622-FC

ADAM BENJAMIN STEVENS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 10, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). We further ORDER the Jackson Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint Daniel D. Bremer, if feasible, to represent the defendant in this Court. If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the defendant in this Court. The parties shall file supplemental briefs within 35 days following the appointment of counsel, addressing the appropriate standard for determining whether a trial court's questioning of witnesses requires a new trial, and whether that standard was met in this case. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2014



h1118

Clerk